**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-6860**

———————

PETERS CHIBUEZE UKANDU,

                              Plaintiff - Appellant,

    versus

UNITED STATES DEPARTMENT OF JUSTICE, Drug En-
forcement Administration (DEA) and its Agents,

                              Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Alexandria. Claude M. Hilton, Chief District
Judge. (CA-98-364-AM)

———————

Submitted: November 17, 1998      Decided: December 15, 1998

———————

Before WILKINS and WILLIAMS, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Peters Chibueze Ukandu, Appellant Pro Se. Gordon Dean Kromberg,
OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for
Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Peters Chibueze Ukandu appeals the district court's order granting summary judgment for the Government in this action to recover forfeited property. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See <u>Ukandu v. United States Dep't of Justice</u>, No. CA-98-364-AM (E.D. Va., filed May 11, 1998; entered May 13, 1998; <u>see</u> Fed.R.Civ.P. 58, 79(a)). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2